PER CURIAM.
Affirmed. Licenberg v. Issem, 318 So.2d 386 (Fla.1975); International Sales-Rental Leasing Co. v. Nearhoof, 263 So.2d 569 (Fla.1972); Heps v. Burdine’s, Inc., 69 So.2d 340 (Fla.1954); Sussman v. Tutelman, 445 So.2d 1081 (Fla. 3d DCA 1984); Fenner v. McLowhorn, 424 So.2d 50 (Fla. 2d DCA 1982); Schreier v. Parker, 415 So.2d 794 (Fla. 3d DCA 1982); Quinn v. Millard, 358 So.2d 1378 (Fla. 3d DCA 1978); Seaboard Coast Line Railroad Company v. Gordon, 328 So.2d 206 (Fla. 3d DCA 1976); Section 768.31(5) Florida Statutes (1981).